# Exhibit 2

Method Claim: 1

| US9002376 | SEWIO UWB Real-Time Location System (RTLS) ("The accused system") |
|---|---|
| 1. A method for determining positioning of a wireless terminal comprising: | The accused system discloses a method for determining positioning of a wireless terminal (e.g., a tag for tracking).<br><br>As shown below, the accused system uses UWB RTLS to determine the position of a wireless terminal, such as a tag used for asset tracking.<br><br><br><br>https://www.sewio.net/real-time-location-system-rtls-on-uwb/ |



https://www.sewio.net/real-time-location-system-rtls-on-uwb/



https://www.youtube.com/watch?v=tZX6OD3qgCw

## Localization

Now, the tags should be visible in Sensmap and the localization is working.



determining positioning of
a wireless terminal

https://docs.sewio.net/docs/localization-43713679.html

## The SEWIO RTLS Platform's Architecture

The main functional blocks of the RTLS Platform are defined by the corresponding platform layers. At the **Hardware Layer**, data transmitted as UWB signals is generated. The UWB signal from the Hardware Layer is processed by the **Location Layer,** where the position is calculated and filtered. The **Data Layer** is responsible for location data storage and its representation for further visualization and analysis. At the **Service Layer**, the RTLS Platform offers tools to control and optimize the system's performance. The real-time position data and analytics data are provided in the **Visualization Layer**, where tools like myRTLS Insights turn complex RTLS data into clear dashboards and actionable insights.

The RTLS Platform's **API** is used by **multiple apps** delivered by Sewio partners and can also be easily leveraged for **your own location-driven project or software**. The top layer includes software tools that ensure the **success of your real-time location tracking project** – the RTLS Planner and Player.



https://www.sewio.net/real-time-location-system-rtls-on-uwb/

| | |
|---|---|
| | **UWB Tags for Indoor Location Tracking**<br><br>In a real-time location system, (RTLS) tags are small electronic devices that are attached to objects that need to be tracked. The tags send out blinks that are received by anchors and forwarded to the location server for calculating the tags' position. RTLS Tags are used for work in progress tracking, asset tracking, vehicle tracking, material flow analysis and employee location tracking for safety reasons.<br><br>As each vertical and use case bring in different tag requirements, Sewio developed **three different tags** to allow customers to choose the right tag to meet both their needs and budget. The design of the system also enables Sewio partners to further customize the tags.<br><br>For midsize organizations to enterprises that are struggling to increase their efficiency, Sewio RTLS tags provide a real-time tracking and identification solution. Unlike traditional indoor tracking technologies, only Sewio provides **high accuracy** together with a **long tag battery life**, enabling the tracking of **thousands of tags** within one area.<br><br>https://www.sewio.net/uwb-tags/  |
| determining positioning of a plurality of receivers capturing a first wireless signal emitted from the wireless terminal; | The accused system discloses determining positioning of a plurality of receivers (e.g., UWB anchors) capturing a first wireless signal emitted from the wireless terminal (e.g., a tag for tracking).<br><br>As shown below, the accused system allows the user to locate UWB anchors on a floor plan or map. The position of the plurality of UWB anchors is visible on the web interface of the accused system. Similarly, when a tag (wireless terminal) is used for navigating the floor plan or map, the positions of the UWB anchors are visible on said floor plan or map. In UWB RTLS, the tag (wireless terminal) emits a wireless signal to determine the time of flight, in order to determine its position relative to the UWB anchors employed by the system. |



determining positioning of a plurality of receivers

https://docs.sewio.net/docs/add-anchors-to-sensmap-43713672.html



https://www.youtube.com/watch?v=tZX6OD3qgCw



## UWB RTLS Hardware

The Sewio UWB RTLS Platform consists of **two types of hardware**: signal transmitters, called "tags", used for tracking the entities and signal receivers, called "anchors", used for receiving the signals from the tags.

Tags are small electronic devices that are attached to any object or individual that needs to be tracked. The tags serve as a transmitter, sending out blinks that are received by anchors and forwarded to the location server for calculating the tags' positions.

Anchors (UWB sensors) are electronic devices that detect the UWB pulses emitted by UWB Tags and then forward them to the location server for calculating tag positions. To cover an area with an indoor tracking system, a set of anchors needs to be installed above the area to create the location infrastructure.

Learn More on Tags

Learn More on Anchors

receivers

capturing a first wireless signal emitted from the wireless terminal

https://www.sewio.net/real-time-location-system-rtls-on-uwb/

## Distance Measurement Scheme

wireless terminal

Tag 0x1001

Anchor 0x0001

receiver

capturing a first wireless signal emitted from the wireless terminal

https://www.sewio.net/uwb-technology/two-way-ranging/



a plurality of receivers capturing a first wireless signal emitted from the wireless terminal

https://www.sewio.net/uwb-technology/time-difference-of-arrival/

| | |
|---|---|
| | **SEWIO RTLS Communication**<br><br>The Sewio indoor tracking system uses ultra-wideband technology and an ultra-wideband (UWB) spectrum to provide precise positioning. These are the three communication steps:<br><br>1. To be tracked, the entity is equipped with a tag that sends out a **UWB signal to anchors** for its localization.<br>2. The anchors use **UWB signals to synchronize** among themselves.<br>3. Lastly, the data gathered by the anchors is sent to the RTLS Server for calculating the precise position of the tagged entity – in most projects, this is done via **Ethernet cables**, but it can be also sent **wirelessly via Wi-Fi**.<br><br>For more details on how the position of the tag is calculated, please see the Time Difference of Arrival (TDoA) and Two Way Ranging (TWR) calculation schemes.<br><br>③ Backhaul data from the anchors is sent to the RTLS Server either via Wi-Fi or Ethernet to the RTLS Server<br><br>② Anchors transmitting a UWB signal for time synchronization among themselves.<br><br>① A tag transmitting a UWB signal with a timestamp for localization to the anchors.<br><br>Wi-Fi / OR / RTLS Server / Ethernet<br><br>wireless signal emitted from the wireless terminal<br><br>https://www.sewio.net/real-time-location-system-rtls-on-uwb/ |
| determining a plurality of defined local spaces (DLSs), each DLS defining a volume among four receivers of the plurality of receivers; | The accused system discloses determining a plurality of defined local spaces (DLSs) (e.g., building), each DLS (e.g., building) defining a volume (e.g., a volume of a building) among four receivers (e.g., UWB anchors) of the plurality of receivers (e.g., UWB anchors).<br><br>As shown below, the accused system allows a user to add a plurality of floor plans or maps of buildings (DLSs), each having a plurality of UWB anchors (receivers) to perform location tracking. The system allows the user to add any number of UWB anchors (receivers), wherein four or more such devices (receivers) are allowed to define the position or location of a tag within a floor plan or map of a building. |



https://docs.sewio.net/docs/setting-up-sensmap-43713660.html



https://docs.sewio.net/docs/setting-up-sensmap-43713660.html



https://www.youtube.com/watch?v=tZX6OD3qgCw



https://www.youtube.com/watch?v=tZX6OD3qgCw



DLS defining a volume among four receivers of the plurality of receivers

https://www.youtube.com/watch?v=tZX6OD3qgCw

| determining a plurality of points within each DLS, including spatially relating each point to the positioning of the four receivers defining the corresponding DLS; | The accused system discloses determining a plurality of points (e.g., positions within a building) within each DLS (e.g., building), including spatially relating each point (e.g., a position within a building) to the positioning of the four receivers (e.g., UWB anchors) defining the corresponding DLS (e.g., building).<br><br>As shown below, the accused system determines a plurality of positions of devices such as tags within each building (DLS) by measuring their distances (spatially related) from the known positions of the four or more surrounding UWB anchors (receivers) defining that building (DLS). |



https://docs.sewio.net/docs/setting-up-sensmap-43713660.html



9. Define two points on the floorplan and enter the measured distance **in meters**

defined local space (DLS)

10. **Save your building**

11. You can measure anchors coordinates via laser meter and put them into Sensmap manually or you may try to use **Anchors Auto-Deployment feature**, currently in Beta stage.

https://docs.sewio.net/docs/setting-up-sensmap-43713660.html



https://www.youtube.com/watch?v=VkBEdD_G9hU



## Distance Measurement Scheme

Tag 0x1001                     Anchor 0x0001

To measure distance three messages needs to be exchanged. The Tag initializes TWR by sending Poll message to known address of Anchor in time referred to TSP (Time of Sending Poll). The Anchor records time of Poll reception (TRP) and replies with the Response message at time TSR. The Tag upon reception of Response message records time TRR and composes Final message, where its ID, TSP, TRR, TSF information are included. Based on time reception of Final message TRF and information provided in the Final message the Anchor can determine the Time of Flight of UWB signal. Optionally, the resulted distance can be send within the Report message back to Tag or any given UWB device in neighborhood. The experiment show that optimal distance between Tag and Anchor for TWR process is in range of 20–30 meters.

spatially relating each point to the positioning of receivers

distance = ToF x (speed of light)

ToF=[(TRR-TSP)-(TSR-TRP)
+(TRF-TSR)-(TSF-TRR)]/4

https://www.sewio.net/uwb-technology/two-way-ranging/



the positioning of the four receivers defining the corresponding DLS

determining a plurality of points within each DLS

https://www.youtube.com/watch?v=tZX6OD3qgCw

| determining a four travel times for each point, each travel time representing time needed for wireless signals to travel from the corresponding point to a corresponding one of the four receivers defining the corresponding DLS; | The accused system discloses determining a four travel times (e.g., time of flight) for each point (e.g., a position within a building), each travel time (e.g., time of flight) representing time needed for wireless signals to travel from the corresponding point (e.g., a position within a building) to a corresponding one of the four receivers (e.g., UWB anchors) defining the corresponding DLS (e.g., building).<br><br>As shown below, the accused system uses UWB RTLS to determine the position of a wireless terminal, such as a tag. It uses the time of flight to determine the position of a device, such as a tag, with respect to UWB anchors. The time of flight is the time a UWB signal takes to travel from a device such as a tag to the UWB anchors. For a building having four UWB anchors, the time-of-flight values corresponding to each UWB anchor are calculated for each location of the device, and these values are collectively used to determine the position of the tag within that building. |

## What is RTLS?

**Sewio's real-time location system (RTLS)** based on UWB consists of **hardware and software** that together form an all-in-one platform serving multiple indoor tracking use cases – including work in progress tracking, asset tracking, and employee location tracking for safety reasons.

https://www.sewio.net/real-time-location-system-rtls-on-uwb/

# Ultra-Wideband Technology (UWB): The Most Accurate Real-Time Location Data

Ultra-wideband (or UWB, ultra wideband or ultra wide band) is becoming a major trend in wireless communication and real-time location systems (RTLS). It's fast. It's reliable. It delivers precise location data even in conditions where other wireless technologies struggle.

## What is UWB Technology

### What is UWB?

UWB stands for "ultra-wideband". It's a radio technology designed for one main purpose: **measuring distance with high precision.**

UWB lets two devices communicate with each other through short, fast pulses of radio energy. By measuring how long these pulses take to travel between devices (time of flight) UWB software can calculate position in real time. It works quickly and with impressive accuracy.

https://www.sewio.net/uwb-technology/

# Two Way Ranging

determining a travel times for each point

The Two Way Ranging method determines the Time of Flight of the UWB RF signal and then calculates the distance between the nodes by multiplying the time by the speed of light. The TWR process is applied between the Tag and demanded Anchor, just only one Anchor may be involved in TWR at given time slot

https://www.sewio.net/uwb-technology/two-way-ranging/

## TWR Based Locationing

The RTLS systems based on TWR scheme benefits from idea that no time synchronization is needed between the UWB devices. On the other way such feature limits scalability of RTLS system since the TWR process is applied gradually with all the Anchors within the system. Furthermore the Tags need to be aware about the address range of the Anchors to gradually poll all the available Anchors. This situation is depicted in figure below.



travel time representing time needed for wireless signals to travel from the corresponding point to a corresponding receivers

https://www.sewio.net/uwb-technology/two-way-ranging/

| determining a first | The accused system discloses determining a first plurality of first arrival times |

| plurality of first arrival times, each first arrival time representing time for the first wireless signal to reach each of the plurality of receivers; | (e.g., arrival times of UWB signal at UWB anchors), each first arrival time (e.g., arrival time of one of the UWB signal at a UWB anchor) representing time for the first wireless signal to reach each of the plurality of receivers (e.g., UWB anchors).<br><br>As shown below, the accused system uses UWB RTLS to determine the position of a wireless terminal, such as a tag. UWB RTLS uses the time of flight to determine the position of a device, such as a tag, with respect to UWB anchors. UWB uses two-way ranging, where the arrival times of UWB signals are used to calculate the position. As the system uses a plurality of UWB anchors, two-way ranging requires calculating the UWB signal arrival times for each UWB anchor.<br><br>## What is RTLS?<br><br>**Sewio's real-time location system (RTLS)** based on UWB consists of **hardware and software** that together form an all-in-one platform serving multiple indoor tracking use cases – including work in progress tracking, asset tracking, and employee location tracking for safety reasons.<br>https://www.sewio.net/real-time-location-system-rtls-on-uwb/ |

# Ultra-Wideband Technology (UWB): The Most Accurate Real-Time Location Data

Ultra-wideband (or UWB, ultra wideband or ultra wide band) is becoming a major trend in wireless communication and real-time location systems (RTLS). It's fast. It's reliable. It delivers precise location data even in conditions where other wireless technologies struggle.

## What is UWB Technology

### What is UWB?

UWB stands for "ultra-wideband". It's a radio technology designed for one main purpose: **measuring distance with high precision.**

UWB lets two devices communicate with each other through short, fast pulses of radio energy. By measuring how long these pulses take to travel between devices (time of flight) UWB software can calculate position in real time. It works quickly and with impressive accuracy.

https://www.sewio.net/uwb-technology/

# Two Way Ranging

The Two Way Ranging method determines the Time of Flight of the UWB RF signal and then calculates the distance between the nodes by multiplying the time by the speed of light. The TWR process is applied between the Tag and demanded Anchor, just only one Anchor may be involved in TWR at given time slot

https://www.sewio.net/uwb-technology/two-way-ranging/

## Distance Measurement Scheme



Tag 0x1001                 Anchor 0x0001

$T_{SP}$        Poll        $T_{RP}$

Response    $T_{SR}$

$T_{RR}$                        arrival time

$T_{SF}$    Final $[T_{SP}, T_{RR}, T_{SF}]$    $T_{RF}$

Report $[d]$

distance = ToF x (speed of light)

ToF=[(TRR-TSP)-(TSR-TRP)
    +(TRF-TSR)-(TSF-TRR)]/4

To measure distance three messages needs to be exchanged. The Tag initializes TWR by sending Poll message to known address of Anchor in time referred to TSP (Time of Sending Poll). The Anchor records time of Poll reception (TRP) and replies with the Response message at time TSR. The Tag upon reception of Response message records time TRR and composes Final message, where its ID, TSP, TRR, TSF information are included. Based on time reception of Final message TRF and information provided in the Final message the Anchor can determine the Time of Flight of UWB signal. Optionally, the resulted distance can be send within the Report message back to Tag or any given UWB device in neighborhood. The experiment show that optimal distance between Tag and Anchor for TWR process is in range of 20–30 meters.

https://www.sewio.net/uwb-technology/two-way-ranging/



## TWR Based Locationing

The RTLS systems based on TWR scheme benefits from idea that no time synchronization is needed between the UWB devices. On the other way such feature limits scalability of RTLS system since the TWR process is applied gradually with all the Anchors within the system. Furthermore the Tags need to be aware about the address range of the Anchors to gradually poll all the available Anchors. This situation is depicted in figure below.

https://www.sewio.net/uwb-technology/two-way-ranging/

| determining the wireless terminal to be positioned within a first DLS of the | The accused system discloses determining the wireless terminal (e.g., a tag for tracking) to be positioned within a first DLS (e.g., building) of the plurality of DLSs (e.g., buildings), the first DLS (e.g., building) being associated with the |
|---|---|

| | |
|---|---|
| plurality of DLSs, the first DLS being associated with the point having travel times most closely correlated with the first arrival times. | point (e.g., a position within a building) having travel times (e.g., time of flight) most closely correlated with the first arrival times (e.g., arrival times of UWB signal at UWB anchors).<br><br>As shown below, the accused system uses UWB RTLS to determine the position of a wireless terminal, such as a tag. UWB RTLS uses the time of flight to determine the position of a device, such as a tag, with respect to UWB anchors. UWB uses two-way ranging, where the arrival times of UWB signals are used to calculate the position. For UWB anchors located within a building, the flight times are lower compared to those of UWB anchors located farther away in other buildings. This closeness, determined through time of flight, allows the system to determine the position and thus the building (first DLS) in which the wireless terminal, such as a tag, is present, the selected building being the one whose time of flight best corresponds to the measured arrival times. |



https://docs.sewio.net/docs/setting-up-sensmap-43713660.html



9. Define two points on the floorplan and enter the measured distance **in meters**

defined local space (DLS)

10. **Save your building**

11. You can measure anchors coordinates via laser meter and put them into Sensmap manually or you may try to use **Anchors Auto-Deployment feature**, currently in Beta stage.

https://docs.sewio.net/docs/setting-up-sensmap-43713660.html



https://www.youtube.com/watch?v=tZX6OD3qgCw

## What is RTLS?

**Sewio's real-time location system (RTLS)** based on UWB consists of **hardware and software** that together form an all-in-one platform serving multiple indoor tracking use cases – including work in progress tracking, asset tracking, and employee location tracking for safety reasons.

https://www.sewio.net/real-time-location-system-rtls-on-uwb/

# Ultra-Wideband Technology (UWB): The Most Accurate Real-Time Location Data

Ultra-wideband (or UWB, ultra wideband or ultra wide band) is becoming a major trend in wireless communication and real-time location systems (RTLS). It's fast. It's reliable. It delivers precise location data even in conditions where other wireless technologies struggle.

## What is UWB Technology

### What is UWB?

UWB stands for "ultra-wideband". It's a radio technology designed for one main purpose: **measuring distance with high precision.**

UWB lets two devices communicate with each other through short, fast pulses of radio energy. By measuring how long these pulses take to travel between devices (time of flight) UWB software can calculate position in real time. It works quickly and with impressive accuracy.

https://www.sewio.net/uwb-technology/

# Two Way Ranging

The Two Way Ranging method determines the Time of Flight of the UWB RF signal and then calculates the distance between the nodes by multiplying the time by the speed of light. The TWR process is applied between the Tag and demanded Anchor, just only one Anchor may be involved in TWR at given time slot

https://www.sewio.net/uwb-technology/two-way-ranging/

## Distance Measurement Scheme



To measure distance three messages needs to be exchanged. The Tag initializes TWR by sending Poll message to known address of Anchor in time referred to TSP (Time of Sending Poll). The Anchor records time of Poll reception (TRP) and replies with the Response message at time TSR. The Tag upon reception of Response message records time TRR and composes Final message, where its ID, TSP, TRR, TSF information are included. Based on time reception of Final message TRF and information provided in the Final message the Anchor can determine the Time of Flight of UWB signal. Optionally, the resulted distance can be send within the Report message back to Tag or any given UWB device in neighborhood. The experiment show that optimal distance between Tag and Anchor for TWR process is in range of 20–30 meters.

https://www.sewio.net/uwb-technology/two-way-ranging/